👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    NOTICE OF INTENT TO
                                             FILE AN INFORMATION
        - v. -                          :
                                             08 Cr.
WILLIAM JENKINS,                        :
                                             **08 CRIM 547**
                    Defendant.          :

- - - - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an Information upon the defendant WILLIAM JENKINS's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        June ~~March~~ 4, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                CARRIE H. COHEN
                                Assistant United States Attorney


                                AGREED AND CONSENTED TO:

                        By:     _____
                                OLIVER S. STORCH, ESQ.
                                Attorney for William Jenkins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/5/08

6/5/08    WHEEL A