Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    WAIVER OF INDICTMENT

      v.                          :    08 Cr.

WILLIAM JENKINS,                  :

      Defendant.                  :

- - - - - - - - - - - - - - - - X

    The above-named defendant, who is accused of violating Title 20, United States Code, Section 1097(a), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
        June 17, 2008

USDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 17 2008