

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA      :    INFORMATION

         v.                   :    08 Cr.

WILLIAM JENKINS,              :    **08 CRIM 547**

         Defendant.           :

- - - - - - - - - - - - - - - X

COUNT ONE

The United States Attorney charges:

From in or about May 2006, up to and including in or about November 2007, in the Southern District of New York and elsewhere, WILLIAM JENKINS, the defendant, unlawfully, willfully, and knowingly, did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, and fail to refund funds, assets, and property in an amount exceeding $200 and provided and insured under subchapter IV of Chapter 28 of Title 20 and part C of subchapter I of chapter 34 of Title 42, United States Code, to wit, JENKINS caused false documents and documents containing false statements and forged signatures to be submitted to the United States Department of Education to obtain federal financial aid.

(Title 20, United States Code, Section 1097(a).)

MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2008