UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA
against
WILLIAM JENKINS

(Alias)_____

08 CR 547(DLC)

_____
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPERANCE**

TO:   CLERK OF THE COURT

SIR:  YOU HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA      2. [X] RETAINED      3. [ ] PUBLIC DEFENDER (legal aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES-IF YES GIVE YOUR DATE OF ADMISSION. MO. _03_____ YR.___1993_____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CRETIFICATE OF GOOD STADING FROM THE _N.Y._____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOURTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
June 27, 2008

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

OLIVER S. STORCH, ESQ.
_____
Attorney for Defendant

_____
Firm name if any
305 BROADWAY, SUITE 1001
_____
Street address
NEW YORK          NEW YORK          10007
_____
City              State             Zip
(212)587-2383     OLIVER.STORCH@VERIZON.NET
_____
Telephone No      E-Mail